UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRG HARRISON LOFTS URBAN RENEWAL LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES, LLC and ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC.,<br><br>Defendants. | Civ. Act. No.<br><br><br>**PLAINTIFF'S STATEMENT PURSUANT <u>TO FED. R. CIV. P. 7.1</u>** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for Plaintiff BRG Harrison Lofts Urban Renewal, LLC, certifies that there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

CHIESA SHAHINIAN & GIANTOMASI PC
Attorneys for BRG Harrison Lofts Urban Renewal LLC


s/Dennis M. Toft
DENNIS M. TOFT, ESQ.
dtoft@csglaw.com
One Boland Drive
West Orange, NJ 07052

SIVE, PAGET & RIESEL, P.C.
Attorneys for BRG Harrison Lofts Urban Renewal LLC
MARK A. CHERTOK, ESQ.
mchertok@sprlaw.com
MARGARET C. MACDONALD, ESQ.
mmacdonald@sprlaw.com
460 Park Avenue
New York, New York 10022
(212) 421-2150
(212) 421-1891 (fax)
*Pro hac vice admission pending*