# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRG HARRISON LOFTS URBAN RENEWAL LLC, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY, ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES, LLC and ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC., <br><br> Defendants. | Civil Action No: 2:16-06577 <br><br> **DEFENDANT GENERAL ELECTRIC COMPANY'S NOTICE OF MOTION TO DISMISS COUNTS ONE, FOUR, FIVE, SIX, SEVEN, EIGHT, ELEVEN AND TWELVE OF THE FIRST AMENDED COMPLAINT AGAINST IT PURSUANT TO F.R.C.P. 12(b)(6)** <br><br> Return Date: January 17, 2016 |

TO: **ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Defendant General Electric Company ("GE") will move before the Honorable Stanley R. Chesler, U.S.D.J., at the U.S. Courthouse, 2 Federal Square, Newark, NJ 07101, on January 17, 2017, at 10:00 AM, or as soon thereafter as counsel may be heard, for entry of an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Counts One, Four, Five, Six, Seven, Eight, Eleven and Twelve of the First Amended Complaint against GE with prejudice.

**PLEASE TAKE FURTHER NOTICE** that GE will rely upon the accompanying memorandum of law, the Declaration of Cynthia S. Betz, Esq., with exhibits, and upon all pleadings and proceedings on file herein.

ME1 23829748v.1

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting the motion is attached.

Respectfully submitted,

Dated:  December 16, 2016        By:  *s/ Ira Gottlieb*
<pre>                                     Ira Gottlieb
                                     Forrest Jones
                                     Natalie S. Watson
                                     Cynthia S. Betz</pre>
**MCCARTER & ENGLISH LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
973-622-4444

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true copies of the foregoing Notice of Motion and supporting documents were filed on the Court's ECF system, on December 16, 2016.  The Court's ECF System will automatically generate and send a NEF to all counsel who have appeared in this case, which constitutes service of the filed documents.

By:  *s/Ira Gottlieb*
Ira Gottlieb

ME1 23829748v.1