IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRG HARRISON LOFTS URBAN RENEWAL, LLC<br><br>　　　　Plaintiff<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES, LLC, and ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC.,<br><br>　　　　Defendants | CASE NO. 2:16-CV-06577-SRC-CLW<br><br>NOTICE OF MOTION FOR AN ORDER GRANTING DEFENDANT, ACCREDITED ENVIRONMENTAL TECHNOLOGY, INC., LEAVE TO JOIN THIRD-PARTY DEFENDANTS IN A THIRD-PARTY COMPLAINT |
| EVANSTON INSURANCE COMPANY.<br><br>　　　　Plaintiff<br><br>vs.<br><br>ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC., ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES, LLC, and BRG HARRISON LOFTS URBAN RENEWAL, LLC<br><br>　　　　Defendants | CASE NO. 2:17-CV-01584-JMV-JBC<br><br>NOTICE OF MOTION FOR AN ORDER GRANTING DEFENDANT, ACCREDITED ENVIRONMENTAL TECHNOLOGY, INC., LEAVE TO JOIN THIRD-PARTY DEFENDANTS IN A THIRD-PARTY COMPLAINT |

TO:

Michael J. Jones, Esquire
Rivkin Radler
21 Main Street
Court Plaza South
West Wing - Suite 158
Hackensack, NJ 07601

Neil L. Sambursky, Esquire
Miranda Sambursky, et al
240 Mineola Boulevard
Mineola, NY 11501

Angelo A. Cuonzo, Esquire
Slowinski Atkins, LLP
Eisenhower Corporate Campus
290 West Mount Pleasant Avenue
Suite 2310
Livingston, NJ 07039

Timothy E. Corriston, Esquire
Connell Foley, LLP
85 Livingston Avenue
Roseland, NJ 07068-1765

Ira M. Gottlieb, Esquire
McCarter & English, LLP
100 Mulberry Street
4 Gateway Center
Newark, NJ 07102

David M. Dugan, Esquire
Chiesa Shahnian & Giantomasi, PC
One Boland Drive
West Orange, NJ 07052

Mark A. Chertok, Esquire
Margaret C. Macdonald, Esquire
Sive, Paget & Riesel, PC
560 Lexington Avenue, 15th Floor
NY, NY 10022

**TAKE NOTICE** that on February 20, 2018, or as soon thereafter as counsel may be heard, the undersigned attorney for Defendant, Accredited Environmental Technologies, Inc., will move before such Judge or Judges of this Honorable Court as are to hear this Motion at the United States District Court for the District of New Jersey at the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 for an Order granting Accredited Environmental Technologies, Inc. leave to join J. S. Braddock Agency and Edgehill Special Risk, Inc. as Third Party Defendants in the above-captioned civil action commenced by Evanston Insurance Company in a Third-Party Complaint.

Defendant, Accredited Environmental Technologies, Inc.

( )      waives oral argument and consents to disposition on the papers.

(X)     requests oral argument if this motion is contested.

( )      requests oral argument.

In support of its Motion and for the reasons stated therein, Defendant, Accredited Environmental Technologies, Inc., shall rely on the attached Certification and Memorandum of Law.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

                                       Respectfully submitted,

                                       **LEONARD, SCIOLLA, HUTCHISON,**
                                       **LEONARD & TINARI, LLP**

                                  By: */s/ Keith N. Leonard*_____
                                       John J. Leonard, Esquire (Pro hac vice)
                                       Keith N. Leonard, Esquire
                                       72 East Main Street
                                       Moorestown, New Jersey 08057
                                       Telephone: (856) 273-6679
                                       Fax: (856) 273-0109
                                       E-mail: kleonard@leonardsciolla.com
                                       Attorney for Defendant,
                                       Accredited Environmental
                                       Technologies, Inc.

Dated: January 17, 2018