

**CHIESA SHAHINIAN & GIANTOMASI PC**

ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

csglaw.com

**DENNIS M. TOFT**
dtoft@csglaw.com
(O) 973.530.2014
(F) 973.530.2214

December 13, 2019

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re: BRG Harrison Lofts Urban Renewal LLC v. General Electric Company, et al. and Evanston Insurance Company v. Accredited Environmental Technologies, Inc., et al. Consolidated Action No. 2:16-cv-06577 (SRC-CLW)

Dear Judge Waldor:

We represent Plaintiff BRG Harrison Lofts Urban Renewal LLC in this consolidated matter, which is currently stayed pending settlement discussions. We write in advance of our conference call today to provide a status report regarding settlement progress.

GE and BRG have continued to discuss potential settlement since the October 24, 2019 conference, and have made some progress but have not yet agreed upon settlement terms. GE and BRG plan to meet in mid-January to discuss terms in person, and at this point do not believe the Court's assistance is necessary to facilitate settlement.

BRG has provided additional information supporting its demand for damages to EWMA and AET, but settlement discussions have not yet been as productive. For this reason, the parties believe a settlement conference with Your Honor in January would be helpful in determining whether resolution is possible without further discovery. If the parties are not able to make progress in January, the parties will confer regarding a proposed schedule so the Court may promptly enter an amended scheduling order with depositions to start in February in the event the case is reopened.

December 13, 2019
Page 2

      We appreciate the Court's attention to this matter.

                                     Respectfully,

                                     /s/Dennis M. Toft

                                   DENNIS M. TOFT
                                   Member

DMT:da

Cc:  All Counsel