Timothy E. Corriston, Esq.
CONNELL FOLEY LLP
56 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
Fax: (973) 535-9217
*Attorneys for Defendant/Third Party Plaintiff,*
*Environmental Waste Management Associates, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRG HARRISON LOFTS URBAN RENEWAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES, LLC and ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC.<br><br>Defendants. | Civ. Act. No. 2:16-cv-06577<br><br>*Electronically Filed*<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT**<br><br>**Oral Argument Requested Only If Motion Is Opposed** |
| ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>FIELD ENVIRONMENTAL INSTRUMENTS, INC. and ARIZONAINSTRUMENT LLC,<br><br>Third-Party Defendants. | |
| ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES, LLC,<br><br>Third-Party Plaintiff,<br><br>v. | |

5419079-1

| | |
|---|---|
| LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.; JOHN WOOD GROUP PLC as successor-in-interest to AMEC PLC,<br><br>        Third-Party Defendants. | |
| EVANSTON INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES, LLC, ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC., and BRG HARRISON LOFTS URBAN RENEWAL LLC,<br><br>        Defendants. | Civil Action No: 2:17-CV-01584 |
| ACCREDITED ENVIRONMENTALTECHNOLOGIES, INC.,<br><br>        Third-Party Plaintiff,<br>v.<br><br>J.S. BRADDOCK AGENCY,<br><br>        Third-Party Defendant. | |
| J.S. BRADDOCK AGENCY,<br><br>        Fourth-Party Plaintiff,<br><br>v.<br><br>EDGEHILL SPECIAL RISK, INC.,<br><br>        Fourth-Party Defendant. | |

TO: All Counsel of Record

**PLEASE TAKE NOTICE** that on **May 28, 2020, at 10:00 a.m.** or as soon thereafter as counsel may be heard, Connell Foley, LLP shall apply to the United States District Court for the District of New Jersey, for an Order granting Defendant, Environmental Waste Management Associates, LLC leave to file a Third Party Complaint against Langan Environmental and Engineering Services, Inc. and John Wood Group PLC as successor in interest to AMEC PLC pursuant to Fed. R. Civ. P. 14.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that the proposed form of Order submitted herewith be entered by the Court.

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Connell Foley LLP will rely upon the accompanying Letter Brief and Certification of Counsel with exhibits submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that unless any party objects to this application, Connell Foley LLP does not seek oral argument.

**CONNELL FOLEY LLP**

BY: */s/ Timothy E. Corriston*

Dated: May 4, 2020

TIMOTHY E. CORRISTON
*Attorneys for Defendant/Third Party Plaintiff, Environmental Waste Management Associates, LLC*

5419079-1