UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRG HARRISON LOFTS URBAN RENEWAL LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES, LLC and ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC.,<br><br>    Defendants.<br><br>ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>FIELD ENVIRONMENTAL INSTRUMENTS, INC. and ARIZONA INSTRUMENT LLC,<br><br>    Third-Party Defendants,<br><br>ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES, LLC,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.; JOHN WOOD GROUP PLC as successor in interest to AMEC PLC,<br><br>    Third-Party Defendants, | Civil Action No: 2:16-06577 (SRC/CLW)<br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

  Plaintiff BRG Harrison Lofts Urban Renewal LLC ("BRG") and Defendant General Electric Company ("GE"), by and through their respective counsel, stipulate and agree to

dismissal of all claims and counterclaims as between BRG and GE, with prejudice, in accordance with the parties' Settlement Agreement and Release. BRG and GE shall each bear their own respective attorneys' fees and costs.

Dated: December 18, 2020

STIPULATED AND AGREED:

| **CHIESA SHAHINIAN & GIANTOMASI PC** | **McCARTER & ENGLISH, LLP** |
|---|---|
| /s/ Dennis M. Toft | /s/ Cynthia S. Betz |
| Dennis M. Toft | Ira Gottlieb |
| One Boland Drive | Cynthia S. Betz |
| West Orange, NJ 07052 | Four Gateway Center |
|  | 100 Mulberry Street |
| SIVE, PAGET & RIESEL, P.C. | Newark, New Jersey 07102 |
| Mark A. Chertok |  |
| Margaret C. MacDonald | *Attorneys for General Electric Company* |
| 460 Park Avenue |  |
| New York, New York 10022 |  |

*Attorneys for BRG Harrison Lofts Urban Renewal LLC*

SO ORDERED this  21  day of December 2020:

s/ Stanley R. Chesler
_____
Hon. Stanley R. Chesler, U.S.D.J.