UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRG HARRISON LOFTS URBAN RENEWAL LLC,<br><br>        Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES, LLC and ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC.<br><br>        Defendants. | Civil Action No. 2:16-cv-06577 (SRC)<br><br>**ORDER** |
| ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC.,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>FIELD ENVIRONMENTAL INSTRUMENTS, INC. and ARIZONAINSTRUMENT LLC,<br><br>        Third-Party Defendants. | |
| ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES, LLC,<br><br>        Third-Party Plaintiff,<br><br>v. | |

| | |
|---|---|
| LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.; JOHN WOOD GROUP PLC as successor-in-interest to AMEC PLC,<br><br>       Third-Party Defendants. | |
| EVANSTON INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES, LLC, ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC., and BRG HARRISON LOFTS URBAN RENEWAL LLC,<br><br>       Defendants. | Civil Action No: 2:17-CV-01584 |
| ACCREDITED ENVIRONMENTALTECHNOLOGIES, INC.,<br><br>       Third-Party Plaintiff,<br>v.<br><br>J.S. BRADDOCK AGENCY,<br><br>       Third-Party Defendant. | |
| J.S. BRADDOCK AGENCY,<br><br>       Fourth-Party Plaintiff,<br><br>v.<br><br>EDGEHILL SPECIAL RISK, INC.,<br><br>       Fourth-Party Defendant. | |

**CHESLER, U.S.D.J.**

This matter having come before this Court on two motions to dismiss the Third-Party Complaint ("3PC"), pursuant to Federal Rule of Civil Procedure 12(b)(6), each brought by a Third-Party Defendant: 1) the motion to dismiss the 3PC by Langan Environmental and Engineering Services, Inc. ("Langan"); and 2) the motion to dismiss the 3PC by Wood Environment & Infrastructure Solutions, Inc., erroneously pled as John Wood Group PLC; and the Court having considered the parties' submissions; and for the reasons stated in the accompanying Opinion, and good cause appearing,

**IT IS** on this 5th day of February, 2021

**ORDERED** that the motion to dismiss the Third-Party Complaint by Langan Environmental and Engineering Services, Inc. (Docket Entry No. 208) is **GRANTED**; and it is further

**ORDERED** that the motion to dismiss the Third-Party Complaint by Wood Environment & Infrastructure Solutions, Inc., erroneously pled as John Wood Group PLC, (Docket Entry No. 209) is **GRANTED**; and it is further

**ORDERED** that the Third-Party Complaint filed by Environmental Waste Management Associates, LLC (Docket Entry No. 194) is hereby **DISMISSED** with prejudice.

                                             s/ Stanley R. Chesler
                                          STANLEY R. CHESLER, U.S.D.J.