# Morgan Lewis

**Stephanie R. Feingold**
Partner
+1.609.919.6643
stephanie.feingold@morganlewis.com

March 29, 2021

**VIA ECF**

Hon. Cathy Waldor, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

Re: BRG Harrison Lofts Urban Renewal LLC v. General Electric Co., et al.
     Docket No. 2:16-cv-06577

Dear Judge Waldor:

We represent Third-Party Defendant Arizona Instrument LLC (n/k/a AMETEK Arizona Instrument LLC) in the above-referenced matter.  We write in connection with the settlement conference scheduled for March 31, 2021 (Dkt. 216).

Due to pre-existing commitments, the Arizona Instrument representative with settlement authority respectfully requests permission to be "on call" and available to call into the settlement conference (via the Zoom link, or telephone, at the Court's preference) on an as-needed basis. I will be attending the conference via Zoom for its entirety and will be able to reach out to the Arizona Instrument representative as necessary as discussions proceed.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ *Stephanie R. Feingold*

Stephanie R. Feingold

SRF

DB1/ 120187583.1

**Morgan, Lewis & Bockius LLP**

502 Carnegie Center
Princeton, NJ  08540-6241      T +1.609.919.6600
United States                              F +1.609.919.6701

A Pennsylvania Limited Liability Partnership | Steven M. Cohen, Partner-in-Charge