# TRAUB LIEBERMAN

322 Highway 35  |  3rd Floor  |  Red Bank, NJ 07701
DIRECT (732) 936-5015  |  MAIN (732) 985-1000  |  FAX (732) 985-2000
Aileen F. Droughton, Esq.  |  Partner  |  adroughton@tlsslaw.com

March 29, 2021

**VIA ELECTRONIC FILING**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: Evanston Insurance Company v. Accredited Environmental Technologies, Inc. v. J.S. Braddock v. Edgehill Special Risk, Inc., consolidated with BRG Harrison Lofts Urban Renewal LLC v. General Electric Company, et al.
    Civil Action No.:  2:16-cv-06577-SRC-CLW consolidated with
            2:17-cv-01584-JMV-JBC
    Our File No.: 469.0027

Dear Judge Waldor:

  This firm represents third-party defendant, Edgehill Special Risk, Inc. ("Edgehill") in this action.

  We write in connection with the settlement conference currently scheduled on March 31, 2021 (Dkt. 216).  The claims professional with settlement authority for Edgehill respectfully requests permission to be "on call" and available to dial into the conference on an as-needed basis.  The undersigned will be in attendance for its entirety and in direct communication with Edgehill's claims professional as needed.

  We thank the Court for its attention to this matter.

          Respectfully submitted,

         TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

           Aileen Droughton

 cc: All counsel of record (via ECF)

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT
www.traublieberman.com CALIFORNIA