MARON MARVEL BRADLEY ANDERSON & TARDY LLC

Dwight A. Kern
Direct (201) 839-2063
dkern@maronmarvel.com

March 29, 2021

**VIA ELECTRONIC FILING**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    **BRG Harrison Lofts Urban Renewal LLC v. General Electric Co., et al.** and
                  **Evanston Insurance Co. v. Accredited Technologies, Inc., et al.**
                  **Case No: 2:16-CV-06577**

Dear Judge Waldor:

This office represents Third-Party Defendant, Field Environmental Instruments, Inc. ("FEI") in the above-referenced consolidated matter. We write in connection with the settlement conference scheduled for March 31, 2021.

The FEI representative with settlement authority respectfully requests permission to be "on call" and available on an as-needed basis. I will be attending the conference via Zoom for its entirety and will be able to reach out to the representative as necessary as discussions proceed.

Thank you for your attention to this matter.

Respectfully submitted,

MARON MARVEL BRADLY ANDERSON & TARDY LLC

/s/ Dwight A. Kern

 Dwight A. Kern

cc:     All Counsel of Record (via ECF)