

**Cynthia S. Betz**
Associate
T. 973-848-5377
F. 973-297-6636
cbetz@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

June 25, 2021

<u>**VIA ECF**</u>

Hon. Stanley R. Chesler, U.S.D.J.
United States District Court for the District Court of New Jersey
M.L. King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: ***BRG Harrison Lofts Urban Renewal LLC v. General Electric Company, et al.,* No. 2:16-cv-06577**

Dear Judge Chesler:

  We represent Defendant General Electric Company (GE) in this matter. On behalf of GE and Defendants Environmental Waste Management Associates, LLC and Accredited Environmental Technologies, Inc., we are writing to request entry of the enclosed Consent Order of Dismissal.

  If the form of Order meets with the Court's approval, we respectfully request it be signed and entered on the docket. We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Cynthia S. Betz

Cynthia S. Betz

Encl.

cc: All counsel of record (via ECF)