**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRG HARRISON LOFTS URBAN RENEWAL LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES, LLC and ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC.<br><br>    Defendants. | No. 2:16-cv-06577-SRC-CLW<br><br><br><br><br>**CONSENT ORDER OF DISMISSAL OF CROSS-CLAIMS WITH PREJUDICE** |
| ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>FIELD ENVIRONMENTAL INSTRUMENTS, INC. and ARIZONA INSTRUMENT LLC,<br><br>    Third-Party Defendants. | |
| EVANSTON INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES, LLC, ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC., and BRG HARRISON LOFTS URBAN RENEWAL LLC,<br><br>    Defendants. | Consolidated with<br>No: 2:17-cv-01584-SRC-CLW |

|  |
|---|
| ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC.,<br><br>       Third-Party Plaintiff,<br>v.<br><br>J.S. BRADDOCK AGENCY,<br><br>       Third-Party Defendant. |
| J.S. BRADDOCK AGENCY,<br><br>       Fourth-Party Plaintiff,<br>v.<br><br>EDGEHILL SPECIAL RISK, INC.,<br><br>       Fourth-Party Defendant. |

**THIS MATTER** having been placed before the Court by McCarter English, LLP, attorneys for Defendant General Electric Company ("GE"); Connell Foley LLP, attorneys for Defendant Environmental Waste Management Associates, LLC ("EWMA"); and Slowinski Atkins, LLP, attorneys for Defendant Accredited Environmental Technologies, Inc. ("AET"); (GE, EWMA, and AET are collectively "the Parties"); and it appearing that in connection with a settlement between Plaintiff BRG Harrison Lofts Urban Renewal LLC ("BRG") and GE, BRG has dismissed its claims against GE with prejudice (D.E. 217); and it appearing that the Parties acknowledge that as a result of settlement between GE and BRG, as a matter of law, any and all cross-claims asserted against and by GE with respect to EWMA and AET are extinguished; and the Parties having consented to the following disposition of cross-claims asserted by and against GE; and for good cause shown;

**IT IS** on this __6th__ day of __July_____, 2021;

2

**ORDERED** that any and all cross-claims asserted against and by Defendant GE with respect to EWMA and AET are hereby dismissed with prejudice;

**ORDERED** that AET and EWMA by entering into this Consent Order do not waive any right they may have at the time of trial to introduce evidence in support of their contribution claims against GE specifically and only for purposes of seeking an allocation from the jury as to the liability of GE, if any, and obtaining a set off credit from Plaintiff BRG for the amount GE would otherwise have to pay on the verdict of that amount allocated and attributable to GE's percentage share of responsibility as determined by the jury.

s/ Stanley R. Chesler
_____
Stanley R. Chesler, U.S.D.J.

The undersigned hereby consent to the form and entry of the foregoing Order.

McCarter English, LLP
*Attorneys for Defendant*
*General Electric Company*

By:/s/ Cynthia S. Betz
    Cynthia S. Betz, Esq.
    cbetz@mccarter.com

Connell Foley LLP
*Attorneys for Defendant Environmental*
*Waste Management Associates, LLC*

By: Timothy E. Corriston
    Timothy E. Corriston, Esq.
    TCorriston@connellfoley.com

Slowinski Atkins, LLP
*Attorneys for Defendant Accredited*
*Environmental Technologies, Inc.*

By: /s/ Angelo A. Cuonzo
    Angelo A. Cuonzo, Esq.
    acuonzo@slowinskiatkins.com