

**MICHAEL J. JONES**
Partner
(201) 287-2490
michael.jones@rivkin.com

WWW.RIVKINRADLER.COM

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495

September 16, 2021

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court Clerk
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

  Re: ***BRG Harrison Lofts Urban Renewal LLC v. General Electric Co., et al.***
     *(Consolidated w/ Evanston Ins. Co. v. Accredited Environmental Technologies, Inc., et al.)*
     Docket No. 2:16-cv-06577

Dear Judge Waldor:

  We represent Plaintiff, Evanston Insurance Company ("Evanston") in the insurance coverage portion of these consolidated actions.

  We write to advise that Evanston has produced the relevant claims file documents and that counsel for Defendant, Environmental Waste Management Associate, LLC has consented to withdrawing the request for a pre-motion conference set forth in their September 9, 2021 letter to Your Honor.

          Respectfully submitted,

          RIVKIN RADLER LLP

          *Michael J. Jones*

          Michael J. Jones

MJJ/dh

cc: All Counsel of Record (via ECF)