Meghan K. Musso, Esq.
CONNELL FOLEY LLP
56 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
Fax: (973) 535-9217
*Attorneys for Defendant/Third-Party Plaintiff,*
*Environmental Waste Management Associates, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRG HARRISON LOFTS URBAN RENEWAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES, LLC and ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC.<br><br>Defendants. | Civ. Act. No. 2:16-cv-06577<br><br>***Electronically Filed***<br><br>**NOTICE OF APPEARANCE OF MEGHAN K, MUSSO, ESQ.** |
| ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>FIELD ENVIRONMENTAL INSTRUMENTS, INC. and ARIZONAINSTRUMENT LLC,<br><br>Third-Party Defendants. | |
| ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES, LLC,<br><br>Third-Party Plaintiff,<br><br>v. | |

6293664-1

| | |
|---|---|
| LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.; JOHN WOOD GROUP PLC as successor-in-interest to AMEC PLC,<br><br>       Third-Party Defendants. | |
| EVANSTON INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES, LLC, ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC., and BRG HARRISON LOFTS URBAN RENEWAL LLC,<br><br>       Defendants. | Civil Action No: 2:17-CV-01584 |
| ACCREDITED ENVIRONMENTALTECHNOLOGIES, INC.,<br><br>       Third-Party Plaintiff,<br>v.<br><br>J.S. BRADDOCK AGENCY,<br><br>       Third-Party Defendant. | |
| J.S. BRADDOCK AGENCY,<br><br>       Fourth-Party Plaintiff,<br><br>v.<br><br>EDGEHILL SPECIAL RISK, INC.,<br><br>       Fourth-Party Defendant. | |

6293664-1

To: William T. Walsh, Clerk
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**PLEASE TAKE NOTICE** that Meghan K. Musso, Esq. hereby enters an appearance as an attorney of record on behalf of Defendant/Third Party Plaintiff, Environmental Waste Management Associates in the above captioned action.

Dated: January 26, 2022    By:   */s/ Meghan K. Musso*
Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
Tel.: 973.535.0500
Fax.: 973.535.9217
*Attorneys for Defendant/Third-Party Plaintiff, Environmental Waste Management Associates*

3

6293664-1