

| | | | |
|---|---|---|---|
| John J. Leonard | Heidi E. Anderson | Of Counsel | 72 East Main Street |
| Gregory E. Sciolla | Paul H. Schultz | Hugh J. Hutchison (Retired) | Moorestown, |
| Keith N. Leonard | Christopher P. Fleming | | New Jersey 08057 |
| Michael V. Tinari | Marisa B. Ciarrocki | | (856) 273-6679 |
| | Robert R. Atkins, Jr. | | Fax: (856) 273-0109 |
| | Wesley T. Amaefuna | | |

Additional Offices
Philadelphia, PA
West Chester, PA

www.LeonardSciolla.com
Email: kleonard@leonardsciolla.com

March 31, 2022

**BY ECF:**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:   **BRG Harrison Lofts Urban Renewal, LLC v. Accredited Environmental Technologies, et al**
            United States District Court for the District of New Jersey
            Case No. 2:16-CV-06577-SRC-CLW
            **CONSOLIDATED WITH:**
            **Evanston Insurance Company v. Accredited Environmental Technologies, et al**
            United States District Court for the District of New Jersey
            Case No. 2:17-CV-01584-JMV-JBC

Dear Judge Waldor:

      As counsel for Accredited Environmental Technologies, Inc. ("AET") in the insurance coverage portion of the litigation, I want to inform the Court that AET is willing to participate in mediation. Following up on our prior status report to the Court, there are still outstanding factual discovery matters to be responded to in this part of the litigation. I have also been advised that other parties (specifically at least Evanston Insurance Company and J.S. Braddock Agency) in this portion of the litigation are likewise willing to participate in the mediation process.

                                            Respectfully,

                                            *Keith N. Leonard*

                                            Keith N. Leonard

KNL/jt
Cc:     All Counsel, via ECF